# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| v. | **Case No. CR-01-56-T** |
| **TERESA MAE SULLIVAN,** *et al.,* | |
| *Defendants.* | |
| **IN RE APPLICATION OF BRENDA EVERS ANDREW,** | |
| *Movant.* | |

## O R D E R

The Court has before it the "Unopposed Application by Brenda Evers Andrew for Release of Sealed Records." In the application, Ms. Andrew requests the Court unseal certain documents (Doc. No. 199, 200 and 201) which were previously sealed so that she may use the documents in her state and federal post-conviction cases.

The Court has reviewed the sealed documents and finds the original reason for sealing the records no longer justifies the maintenance of the seal. In addition, the Court notes that counsel for the government and counsel for Defendant Teresa Sullivan have been consulted and do not oppose Ms. Andrew's request. Accordingly, for good cause shown, Ms. Andrew's motion for access to sealed documents, docket numbers 199, 200, and 201, is GRANTED. The Clerk is directed to unseal the documents and, thereafter,

Ms. Andrew may take the necessary steps to obtain copies of the documents from the Court Clerk's office.

IT IS SO ORDERED this 21st day of July, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE